**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
FRESNO DIVISION**

| | |
|---|---|
| DIANNA RENAULT, | Case No.: 1:10-cv-01363-AWI-SMS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| FIRST SOURCE ADVANTAGE, LLC, | |
| Defendant. | |

Based upon Plaintiff's Voluntary Dismissal and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  September 21, 2010             _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER